BOWLEE REALTY CORPORATION, Appellant, *v.* JASON METH, Respondent.

(Submitted May 5, 1930; decided May 13, 1930.)

*Thomas J. Cuff* for motion.
*Benjamin Cohen* opposed.
Motion denied, without costs.

FREDERIC B. PRATT et al., as Executors and Trustees under the Will of CHARLES PRATT, Deceased, Respondents, *v.* MARY B. LADD et al., Appellants, and FREDERIC B. PRATT et al., Respondents.

(Submitted May 5, 1930; decided May 13, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 253 N. Y. 213.)